# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.:  08CR3044-JM |
| Plaintiff,  ) | |
| ) | **ORDER CONTINUING MOTION** |
| v.  ) | **HEARING** |
| ) | |
| FRANK VALENTINE DALEY,  ) | |
| Defendant.  ) | |
| _____) | |

IT IS HEREBY ORDERED that motions in the above-entitled case currently scheduled for Friday, December 5, 2008 at 11:00 a.m. be continued to Friday, *January 16, 2009 at 11:00 a.m.* before the Honorable Jeffrey T. Miller.

DATED:  December 1, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge